

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-26-1996

# United States v. Sokolow

Precedential or Non-Precedential:

Docket 95-1292,95-1367

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"United States v. Sokolow" (1996). *1996 Decisions.* Paper 202.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/202

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                        FOR THE THIRD CIRCUIT
                            _____

                         Nos. 95-1292/1367
                            _____

                      UNITED STATES OF AMERICA

                                vs.

                      CRAIG B. SOKOLOW,
                                       Appellant
                            _____

                               ORDER

            Present:  MANSMANN and SCIRICA, Circuit Judges,
          and RESTANI, Judge, Court of International Trade.*
```

        It is hereby ORDERED that the opinion dated April 18, 1996, in the above case is hereby vacated.

        It is further ORDERED that the petition for panel rehearing filed by appellant in the above entitled case having been submitted to the judges who participated in the decision of this court, and no judge who concurred in the decision having asked for rehearing, is denied.

        It is further ORDERED that the Clerk shall file the enclosed opinion.

```
                         BY THE COURT,

                          Carol Los Mansmann
                            Circuit Judge
```

Dated:  July 26, 1996

* Judge Restani, who sat by designation on the original panel, is limited to voting for panel rehearing only.